# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| OAKBROOK FIRE CO. NO. 14 RELIEF ASSOCIATION, RANDALL NEIN, JACKIE NEIN, KATHLEEN FROST, AND DAVID GLASER, | : No. 194 MAL 2014 |
| | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| Petitioners | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| OAKBROOK FIRE CO. NO. 14, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

  **AND NOW**, this 6th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.